# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DIANE SUE BELL,**

       **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　**Case No:   6:16-cv-606-Orl-18DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   Motion to remand to agency (Doc. No. 15)
>
> **FILED:**   July 25, 2016
>
> ---
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

In the unopposed motion, the Commissioner concedes error at the Appeals Council level, and moves to remand this case to the Commissioner under sentence six of 42 U.S.C. § 405(g). With a sentence-six remand, the parties must return to the district court after remand to file modified findings of fact. *Jackson v. Chater*, 99 F.3d 1086 (11th Cir. 1996).  The district court retains jurisdiction pending remand, and does not enter a final judgment until after the completion of remand proceedings. *Jackson*, 99 F.3d at 1095.

As good cause is shown, it is **respectfully recommended** that the motion be **granted,** and that the case be **remanded** for the following action:

Upon remand, the Appeals Council will vacate its prior action and reconsider the claimant's Request for Review or, if necessary, give Plaintiff the opportunity for a *de novo* hearing in accordance with agency policy.

If this recommendation is approved, the Court should administratively close this matter, pending resolution of the proceedings on remand.

## **NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions.  A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.  *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on July 26, 2016.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy