## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

DIANE SUE BELL,

     Plaintiff,

v.                                                                Case No: 6:16-cv-606-Orl-18DAB

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____

## ORDER

THIS CAUSE comes for consideration on the Commissioner of Social Security's
Unopposed Motion to Remand Under Sentence Six of 42 U.S.C § 405(g) (Doc. 15) (the "Motion").
The Court referred the Motion to United States Magistrate Judge David A. Baker for a report and
recommendation (Doc. 16). Plaintiff Diane Sue Bell filed no objection. Having reviewed the
Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge David A. Baker's Report and Recommendation (Doc. 16)
   is **APPROVED** and **ADOPTED**.

2. The Court **GRANTS** the Commissioner of Social Security's Unopposed Motion to
   Remand Under Sentence Six of 42 U.S.C § 405(g) (Doc. 15).

3. The Clerk of the Court is directed to **CLOSE** the case.

4. The Court retains jurisdiction over this action.

**DONE AND ORDERED** at Orlando, Florida, this _24_ day of August, 2016.

_____
                G. KENDALL SHARP
       SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record